UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TURNIER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BED BATH & BEYOND INC., et al.,<br><br>Defendants. | Case No.: 20cv288-L (MSB)<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION TO DISMISS** |

Being informed by the chambers of the Honorable M. James Lorenz that the parties have reached a settlement in this matter, the Court **ORDERS** the parties to file their Joint Motion to Dismiss this case, signed by counsel of record and any unrepresented parties, no later than **January 14, 2022**.  A proposed order granting the joint motion must be e-mailed to the assigned district judge's chambers[1] on the same day.  Any matters currently scheduled before the district judge will remain in effect pending notice from that court.

---

[1] The proposed order must be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.

1

**If the fully executed Joint Motion to Dismiss is not filed by January 14, 2022**, then **all counsel of record and unrepresented parties are required to appear in person** for a Settlement Disposition Conference.  The Settlement Disposition Conference will be held on **January 20, 2022** at **1:30 p.m.** in **Courtroom 2C** with Magistrate Judge Berg.  If the parties file their Joint Motion to Dismiss on or before **January 14, 2022**, the Settlement Disposition Conference will be **VACATED without further court order**.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed Joint Motion to Dismiss in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated:  December 16, 2021

_____
Honorable Michael S. Berg
United States Magistrate Judge