UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ROBERT TURNIER and BEATRICE MORAN, individually and on behalf of all others similarly situated, | CASE NO. 3:20-cv-00288-L-MSB |
|---|---|
| Plaintiffs, | **ORDER GRANTING JOINT MOTION TO DISMISS** |
| vs. | |
| BED BATH & BEYOND INC., a New York corporation; and DOES 1-50, inclusive, | |
| Defendants. | |

Upon consideration of the Joint Motion to Dismiss (ECF No. 37), the motion is **GRANTED**.  This action is dismissed, with prejudice as to the individual claims of Plaintiffs Robert Turnier and Beatrice Moran, and without prejudice as to the claims of putative class members.  Each party shall bear their own costs.

**IT IS SO ORDERED**.

Dated:  February 2, 2022

_____
Hon. M. James Lorenz
United States District Judge